No. 258. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* STREET ET AL. Appeal from the Supreme Court of Georgia. (Probable jurisdiction noted, 361 U. S. 807.) Argued April 21, 1960. ▇▇▇▇▇▇▇▇▇▇▇▇

There having been no certification to the Attorney General of the United States that the constitutionality of § 2 Eleventh of the Railway Labor Act, 45 U. S. C. § 152 Eleventh, an Act of Congress affecting the public interest, is drawn in question, it is ordered that this case be set for reargument in the 1960 Term; and the Court hereby certifies to the Attorney General, pursuant to 28 U. S. C. § 2403, that the constitutionality of said statute is drawn in question in the cause.

*Lester P. Schoene* and *Milton Kramer* argued the cause and filed a brief for appellants.

*E. Smythe Gambrell* argued the cause for appellees. With him on the briefs were *W. Glen Harlan, Charles J. Bloch* and *Ellsworth Hall, Jr.*

Briefs of *amici curiae,* urging reversal, were filed by *Clarence M. Mulholland, Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for the Railway Labor Executives' Association, and by *J. Albert Woll, Theodore J. St. Antoine* and *Thomas E. Harris* for the American Federation of Labor and Congress of Industrial Organizations.

No. 829. BROWN SHOE Co., INC., *v.* UNITED STATES. Appeal from the United States District Court for the Eastern District of Missouri. Probable jurisdiction noted. *Arthur H. Dean* and *Robert H. McRoberts* for appellant. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *Henry Geller* for the United States. ▇▇▇▇▇▇▇▇▇▇